208

KINNEY-ROME COMPANY, Claimant, *vs.* STATE OF ILLINOIS,
Respondent.

*Opinion filed April 25, 1929.*

B. J. COYLE, for claimant.

OSCAR E. CARLSTROM, Attorney General; FRANK R. EAGLE-
TON, Assistant Attorney General, for respondent.

Mr. JUSTICE LEECH delivered the opinion of the court:

From the statement of claimant filed by the claimant, it
appears that on May 4th, 1926, a salesman of the Kinney-
Rome Company, while driving on a road near Jacksonville,
Illinois, was passing a truck belonging to the State of Illinois
and operated by the Jacksonville State Hospital at Jackson-
ville, Illinois.

That while passing said truck two bales of hay or straw
fell off said truck onto said car, damaging the hood, front
bumper and right fender.

Claimant further states that they took affidavits of the
salesman, copies of which are attached and marked Exhibits
"A" and "B" and made a part of this statement.

The claimant alleges the automobile was damaged to the
amount of $66.80, the cost of the repairs. A copy of repair
bill attached hereto, marked Exhibit "C".

The Attorney General in his statement says that no testi-
mony has been taken in this case nor stipulation entered into,
for the reason that the facts alleged in the claim are sup-
ported by the exhibits attached thereto. There are eighteen
exhibits from which the court finds that there is a liability
on the part of the State of Illinois and the court awards to
the claimant the sum of $66.80.